**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, | : | No. 241 MAL 2019 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARGARET M. STUSKI, A/K/A | : | |
| MARGARET STUSKI BOND AND CRAIG | : | |
| GEORGE BOND, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.